UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY F. WASHINGTON,

    Plaintiff,

v.                                     Case No. 3:21cv603-LC-HTC

MEDICAL STAFF INC., et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 28, 2021 (ECF No. 15). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

3.   The clerk is directed to close the file on this matter.

**DONE AND ORDERED** this 26th day of August, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv603-LC-HTC